AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF ___Delaware___

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

███████████, Wilmington, DE 19805,
described more particularly on Schedule A

**SEARCH WARRANT**

CASE NUMBER: 04-08M

REDACTED

TO: __SA Gregory P. Zack, FBI__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA Gregory P. Zack, FBI__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

███████████ Wilmington, DE 19805, described more particularly above

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

see attachment A

FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __January 19, 2004__
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____  U.S. Judge or Magistrate
as required by law.  You are further authorized to comply with
the conditions set forth in Attachment B.

__January 9, 2004  11:42 a.m.__          at  Wilmington, DE
Date and Time Issued                          City and State

Honorable Mary Pat Thynge
United States Magistrate Judge

Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/09/2004 | 01/14/2004 at 6:55 AM | JeffreyRussell and |

INVENTORY MADE IN THE PRESENCE OF

Jeffrey Russell

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. One (1) CPU serial number mxp3

2. One (1) HP digital camera serial number 

3. One (1) HP printer serial number 

4. Miscellaneous documents

5. One (1) Pentax camera serial number 

6. Miscellaneous CDs

7. Three (3) pieces of paper with telephone numbers

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_(signature)_  1/23/04

Subscribed, sworn to, and returned before me this date.

_(signature)_  1/23/04
U.S. Judge or Magistrate   Date

Schedule A

█████████ Wilmington, DE 10805 is a red brick, two story row house, having white framed windows, dark brown wood front door, a gray rock wall on the front porch, and a black mailbox with the number ████.

ATTACHMENT A

1. Records, documents, correspondence, notes, and/or any other materials relating to contact with or by ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, and ▮▮▮▮▮

2. Internet billing and use records.

3. Records or other items that evidence ownership or use of computer equipment found at the premises to be searched, including, but not limited to, sales receipts, handwritten notes, and handwritten notes in computer manuals.

4. Records evidencing occupancy or ownership of the premises to be searched, including, but not limited to, utility and telephone bills, mail envelopes, and/or addressed correspondence.

5. Any and all visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, in any format or media, including, but not limited to, undeveloped photographic film, photographs, magazines, videotapes, slides, and motion picture films. Such depictions include, but are not limited to the following video files: "r@ygoldstylealicia-5.mpg" and "3yo TABITHA(Sucking).rm".

6. Any and all documents, including correspondence, books, ledgers, and/or records pertaining to the transportation, shipment, receipt, distribution, possession, and/or advertisement of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, and/or the United States mail.

7. A computer(s) and all related computer equipment, including scanners, peripherals, related instructions in the form of manuals, as well as the software used to operate the computer(s), and any CD-ROMS, zip disks, floppy disks, DVDs, and other magnetic storage devices. The subsequent forensic analysis of

28

these items is to be focused on searching for the items described in paragraphs 1-6 above.

Attachment B

1. With respect to any computer hardware, software, and storage media authorization is hereby granted for the FBI, and other law enforcement officers under its direction, to remove such items from the premises in order for them to be processed off the premises at a later time for a search of the items described on Attachment A.

2. With respect to videotapes and other formats described in paragraph 5 of Attachment A, authorization is granted for an off the premises search for items described in Attachment A.